E. L. DOWNS CO., RESPONDENT, v. OWEN MAGNETIC CAR
COMPANY OF NEW JERSEY, APPELLANT.

Argued February 19, 1918—Decided July 26, 1918.

Where the record brought up for review of a case tried in the District
Court by a judge sitting without a jury simply presents a judg-
ment based upon conclusions of the court, without any objections
or exceptions entered or taken by counsel during the course of
the trial or any request to find certain facts or conclusions of
law, to the refusal of which objection might have been taken, the
judgment will be affirmed.

On appeal from the First District Court of Newark.

Before Justices SWAYZE, TRENCHARD and MINTURN.

For the respondent, *Henry H. Freyling.*

For the appellant, *William Huck, Jr.*

The opinion of the court was delivered by

MINTURN, J.   The case is before us upon an agreed state
of facts by the attorneys, which shows that it was tried before
the District Court without a jury, and that judgment was
rendered for the plaintiff against the defendant.   The court
when rendering judgment filed a written statement of his
conclusions.   To this no objection was made or exception
taken as far as the record shows; nor does the state of the
case exhibit any objection or exception entered or taken by
counsel during the course of the trial, or to the court's con-
clusions upon law or fact.   Nor is there in the record any
request to find certain facts or conclusions of law, to the
refusal of which objection might have been taken and entered
upon the record.   The case simply presents a judgment based
upon conclusions of the court and nothing more.

This situation clearly brings the case within the ruling
enunciated in *Blanchard Brothers* v. *Beveridge,* 86 *N. J. L.*
561, and followed in *Edwards Co.* v. *Excelsior Drum Works,*
88 *Id.* 189, and *Ruggles* v. *Ocean Accident Co.,* 89 *Id.* 180.

Chapter 62 of the laws of 1916 can have no bearing upon this situation for the obvious reason that that act contemplates that objection of some character shall appear upon the record; the evident purpose of the act being to relieve counsel only of the necessity of specifically submitting to the court the ground of objection. Here there was neither objection nor a semblance of objection.

The judgment will therefore be affirmed, with costs.